| | |
|---|---|
| 1 | **MARGO A. RAISON, COUNTY COUNSEL** |
| 2 | By: Kathleen Rivera, Deputy (SBN 211606) |
| | Kern County Administrative Center |
| 3 | 1115 Truxtun Avenue, Fourth Floor |
| | Bakersfield, CA 93301 |
| 4 | Telephone 661-868-3800 |
| | Fax 661-868-3805 |
| 5 | Attorneys for Defendants |
| 6 | |
| | **LAW OFFICES OF VINCENT W. DAVIS & ASSOC.** |
| 7 | By: Vincent W. Davis, Esq. (SBN 125399) |
| | Andre L. Clark, Esq. (SNB 323654) |
| 8 | 150 North Santa Anita Avenue, Suite 200 |
| 9 | Arcadia, CA 91006 |
| | Telephone 626-446-6442 |
| 10 | Fax 626-446-6454 |
| | Attorneys for Plaintiffs |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA MANCILLA; M. M., a Minor; As. M., a Minor; Ar. M., a Minor; Al. M.; a Minor; B. M., a Minor; and K.M., a Minor, by and through their Guardian Ad Litem, MARGARITA MANCILLA,<br><br>Plaintiffs,<br>v.<br><br>COUNTY OF KERN; by and through THE KERN COUNTY DEPARTMENT OF HUMAN SERVICES; ALLYSON SEALS; ROBIN ACKLING; and DOES 1 through 50 inclusive,<br><br>Defendants. | Case No.: 1:19-CV-01309 AWI-JLT<br><br>**ORDER CLOSING THE ACTION**<br>(Doc. 10) |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties to this action, through their respective attorneys of record, stipulate as follows:

///

///

1

Stipulation for Dismissal with Prejudice, Declaration of Vincent W. Davis, Proposed Order,
1:19-CV-01309 AWI-JLT

1    This matter is DISMISSED, including all claims stated herein, with prejudice,
2 with each party to bear its own attorney's fees and costs.

Dated: November 15, 2019                    MARGO A. RAISON, COUNTY
                                            COUNSEL

                                            By: /s/ Kathleen Rivera
                                                Kathleen Rivera, Deputy
                                                Attorneys for Defendants


Dated: November 15, 2019                    LAW OFFICES OF VINCENT W.
                                            DAVIS AND ASSOCIATES

                                            By: /s/ Vincent W. Davis
                                                Vincent W. Davis, Esq.,
                                                Attorneys for Plaintiffs


[~~PROPOSED~~] ORDER

The parties have stipulated to dismiss the action with prejudice with each side to bear their own fees and costs. (Doc. 10) The stipulation relies upon Fed.R.Civ.P. 41, which permits the plaintiff to dismiss an action without a court order "by filing . . . a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Because all parties who have appeared in the action signed the stipulation, it "automatically terminate[d] the action." Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

   Dated:   **November 18, 2019**              /s/ Jennifer L. Thurston
                                            UNITED STATES MAGISTRATE JUDGE